```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
   **SOCRATES GEORGE ANTONIOU,**                            :
                                                            :
                        **Plaintiff,**                      :   **1:15-CV--1985 (ALC)**
                                                            :
              -against-                                     :
                                                            :   **ORDER**
   **CHRISTOPHER SHANAHAN, ET AL,**                         :
                                                            :
                        **Defendant.**                      :
                                                            :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

   The parties should submit a joint status report by June 8, 2020.

**SO ORDERED.**

**Dated:** June 3, 2020

   New York, New York                           **ANDREW L. CARTER, JR.**
                                                **United States District Judge**