```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SOCRATES GEORGE ANTONIOU,** | |
| Petitioner, | |
| -against- | 15-cv-1985 (ALC) |
| **CHRISTOPHER SHANAHAN, ET AL,** | **ORDER OF DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   July 1, 2020
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**